Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  18−21041−VFP
                            Chapter:  13
                            Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bennhy Jean
   250 40th Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−5036

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/23/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 23, 2019
JAN: mcp

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21041-VFP
Bennhy Jean                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Aug 23, 2019
                             Form ID: 148             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
```
db            #+Bennhy Jean,    250 40th Street,    Irvington, NJ 07111-1149
517565971    ++++ACI,    37 RUST LN,    BOERNE TX 78006-8288
              (address filed with court: ACI,    35A Rust Lane,    Boerne, TX 78006)
517565972     +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
517565973     +AR Resources, Inc.,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517565974    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                Woodland Hills, CA 91365)
517565976     +Cenlar,    P.O. Box 77404,    Ewing, NJ 08628-6404
517565977     +East Orange General Hospital,    PO Box 9800,    Coral Springs, FL 33075-0800
517565980     +Essex Emergency Physicians, LLC,    PO Box 80038,    Philadelphia, PA 19101-1038
517646245     +FCC Finance LLC (F/K/A FSTCONCRD) as servicer for,    DB HIL 2014 Trust,    P.O. Box 795489,
                Dallas, TX 75379-5489
517565981      FCC Finance, LLC,    PO Box 795489,    Dallas, TX 75379-5489
517565982     +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517565983     +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
517565984     +Fstconcrd,    17000 Dallas Parkway,    Dallas, TX 75248-1938
517565985     +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517667461     +Manufacturers and Traders Trust Co,    c/o Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430
517565988     +Motion Federal Credi,    360 N Wood Ave,    Linden, NJ 07036-4222
517617596     +Motion Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                Tinton Falls, NJ 07724-3001
517654047      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517565992     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517565991     +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517565993     +South Shore Bank,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517889494      U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
517565994     +Waypoint Resource Grou,    301 Sundance Pkwy,    Round Rock, TX 78681-8004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2019 00:25:33     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:28     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517565979     +E-mail/Text: bknotice@ercbpo.com Aug 24 2019 00:25:38     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517565978     +E-mail/Text: bknotice@ercbpo.com Aug 24 2019 00:25:39     ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517659578     +EDI: MID8.COM Aug 24 2019 03:53:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
517565987     +EDI: MID8.COM Aug 24 2019 03:53:00      Midland Funding,    2365 Northside Dr Ste 30,
                San Diego, CA 92108-2709
517565986     +EDI: MID8.COM Aug 24 2019 03:53:00      Midland Funding,    2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
517565989     +E-mail/Text: bankruptcy@onlineis.com Aug 24 2019 00:28:42     Online Collections,    Po Box 1489,
                Winterville, NC 28590-1489
517565990     +EDI: RMSC.COM Aug 24 2019 03:53:00      PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517565975*    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
                                                                                              TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin                 Page 2 of 2                  Date Rcvd: Aug 23, 2019
                              Form ID: 148                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              Bruce H Levitt    on behalf of Debtor Bennhy  Jean blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Denise E. Carlon    on behalf of Creditor   Manufacturers and Traders Trust Company, a/k/a M&T
               Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Manufacturers and Traders Trust Company, a/k/a
               M&T Bank, successor by merger with Hudson City Savings Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```